UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO, a municipal corporation; MARK ZELLER, an individual; CORY SPINOS, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 20-CV-442 JLS (AHG)<br><br>**ORDER (1) CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (2) VACATING REMAINING DEADLINES IN AMENDED SCHEDULING ORDER**<br><br>(ECF No. 27) |

Presently before the Court is Defendants City of Escondido, Mark Zeller, and Cory Spinos's Motion for Summary Judgment (ECF No. 27). On October 15, 2021, this matter and all pending hearings were transferred to the undersigned. On its own motion, the Court **CONTINUES** the hearing on Defendants' Motion for Summary Judgment, currently set for November 15, 2021, to **December 9, 2021 at 1:30 p.m.** If visual aids will be used during the hearing, the Court requests that the Parties provide hard copies or lodge electronic copies with the Court at least two hours before the hearing.

The briefing schedule on the Motion remains the same as set by the Court's October 8, 2021 Order (ECF No. 33): Plaintiff **MUST FILE** an opposition to the Motion for

Summary Judgment **on or before November 1, 2021**. Defendants **MAY FILE** a reply **on or before November 8, 2021**.

In light of the pending Motion for Summary Judgment, the Court **VACATES** all remaining deadlines set in the Court's amended scheduling order (ECF No. 23). The Parties are **ORDERED** to contact the Chambers of Magistrate Judge Goddard within **5 days** of a ruling on the Motion for Summary Judgment to set remaining dates, if appropriate.

**IT IS SO ORDERED.**

Dated: October 20, 2021

Hon. Janis L. Sammartino
United States District Judge