UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DOMINGUEZ, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO, a municipal corporation; MARK ZELLER, an individual; CORY SPINOS, an individual, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.: 20-CV-442 JLS (AHG)<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 27) |

   Presently before the Court is Defendants City of Escondido, Mark Zeller, and Cory Spinos's Motion for Summary Judgment (ECF No. 27). Plaintiff has not filed an opposition to the Motion. On its own motion, the Court **VACATES** the hearing scheduled for December 9, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

   **IT IS SO ORDERED.**

Dated: November 2, 2021

                      /s/ Janis L. Sammartino
                      Hon. Janis L. Sammartino
                      United States District Judge