UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ESCONDIDO, a municipal corporation; MARK ZELLER, an individual; CORY SPINOS, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 20-CV-442 JLS (AHG)<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) REQUIRING DEFENDANTS TO LODGE DVD** |

**PLAINTIFF'S OPPOSITION**

On November 3, 2021, the Court issued an order to show cause ("OSC") why this matter should not be dismissed for failure to comply with the local rules and failure to prosecute. ECF No. 38. Plaintiff Miguel Dominguez filed a letter nunc pro tunc to November 18, 2021. ECF No. 40. In light of Plaintiff's filing, the Court **DISCHARGES** the OSC.

The Court has granted Plaintiff multiple extensions (ECF Nos. 32, 33) to file an opposition to Defendants' Motion for Summary Judgment (ECF No. 27). Considering Plaintiff's pro se status, the Court gives Plaintiff notice that a Motion for Summary

Judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end this case.

Rule 56 tells you what you must do to oppose a Motion for Summary Judgment. Generally, summary judgment must be granted when there is no genuine dispute as to any material fact–that is, if there is no real dispute about any fact that would affect the result of your case, and the party who asked for summary judgment is entitled to judgment as a matter of law.  When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says.  Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that contradict the facts shown in the defendants' declarations and documents and show that there is a genuine issue of material fact for trial.  If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you.  If summary judgment is granted, your case will be dismissed and there will be no trial.

After considering Plaintiff's letter (ECF No. 40), the Court will allow Plaintiff one more opportunity to oppose Defendants' Motion for Summary Judgment.  Plaintiff **MAY FILE** an opposition to Defendants' motion, along with evidence in support of his opposition, **within twenty-one days** of the electronic filing of this order.  Should Plaintiff fail to file an opposition before the deadline, the Court will construe his November 18, 2021, letter (ECF No. 40) as an opposition to Defendants' Motion.

### DEFENDANTS' DVD EVIDENCE

On July 7, 2021, the Honorable Marilyn L. Huff granted Defendants leave to lodge with her chambers a DVD disc containing audio and visual evidence in support of their Motion for Summary Judgment.  ECF No. 26.  In light of the transfer of this matter to this Court, Defendants **SHALL LODGE** with the Clerk of the Court the DVD disc described

///

///

///

1  in ECF No. 25 **within five days** of the electronic filing of this order.  At that time,
2  Defendants shall submit a duplicate copy of the DVD to the chambers of the undersigned.
3      **IT IS SO ORDERED.**
4  Dated:  November 30, 2021

                                               Hon. Janis L. Sammartino
                                               United States District Judge